# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>JOHN WETZEL, et al.,<br><br>Defendants. | CIVIL ACTION NO. 1:18-CV-00804<br><br>(MEHALCHICK, M.J.) |

## ORDER

AND NOW, this 25th day of February, 2020, **IT IS HEREBY ORDERED**, for the reasons set forth in the Memorandum filed concurrently with this Order, that:

1. The Correct Care Defendants' Motion to Dismiss (Doc. 116) is **DENIED;**

2. The Correct Care Defendants shall file an answer to Davis's second amended complaint within 21 days of this Order; and

3. The pending stay on discovery in this matter (Doc. 133) is lifted.

**Dated: February 25, 2020**

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**