UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN WETZEL, et al.,<br><br>　　　　Defendants. | CIVIL ACTION NO. 1:18-CV-00804<br><br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 6th day of July, 2022, in accordance with the accompanying Findings of Fact and Conclusions of Law, it is hereby ORDERED that DOC Defendants' request for summary judgment on the basis of failure to exhaust administrative remedies is (Doc. 207; Doc. 225) **DENIED**. Davis's request for monetary damages is not barred. (Doc. 112, at 12).

　　　　　　　　　　　　　　　　　　　*s/ Karoline Mehalchick*
　　　　　　　　　　　　　　　　　　　**KAROLINE MEHALCHICK**
　　　　　　　　　　　　　　　　　　　**Chief United States Magistrate Judge**